**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BUDICAK, INC., BLUE MARLIN )
ARBITRAGE, LLC, and PRIME TRADING, )
LLC, individually and on behalf of other )
similarly situated, )
                                              )
        Plaintiffs, )      Case No. 2:19-cv-02449-JAR-ADM
                                              )
v. )      Judge Julie A. Robinson
                                              )      Magistrate Judge Angel D. Mitchell
LANSING TRADE GROUP, LLC, CASCADE )
COMMODITY CONSULTING, LLC and )
JOHN DOES NOS. 6-10, )
                                              )
        Defendants. )

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4, I move that Geoffrey M. Horn be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion.

                                          */s/Gary D. McCallister*
                                          Gary D. McCallister (KS#08928)
                                          McCALLISTER LAW GROUP, LLC
                                          120 N. LaSalle Street, Suite 2800
                                          Chicago, IL 60602
                                          (312) 345-0611 – Telephone
                                          (312) 345-0612 – Facsimile
                                          gdm@mccallisterlawgroup.com