# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BUDICAK, INC.<br><br>    Plaintiff,<br><br>v.<br><br>LANSING TRADE GROUP, LLC, et al.<br><br>    Defendants. | Case No:<br>2:19-cv-02449-JAR-ADM |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 4, 2020 a true and accurate copy of Defendant Lansing Trade Group, LLC's First Set of Interrogatories to Plaintiffs was served via email on the following counsel of record:

Jennifer W. Sprengel
Cafferty Clobes Meriwether & Sprengel LLP
150 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
jsprengel@caffertyclobes.com

Brian P. O'Connell
Cafferty Clobes Meriwether & Sprengel LLP
150 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
boconnell@caffertyclobes.com

Anthony F. Fata
Cafferty Clobes Meriwether & Sprengel LLP
150 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
afata@caffertyclobes.com

Raymond Girnys
Craig Maider
Lowey Dannenberg P.C.
44 South Broadway, Suite 1100
White Plains, New York 10601
rgirnys@lowey.com
cmaider@lowey.com

Eric Unrein
Cavanaugh Biggs & Lemon
2942A South Wanamaker, Ste. 100
Topeka, KS 66614
eunrein@cavlem.com

Joseph M. McGroder
Nathan Garret
Graves Garrett, LLC
1100 Main Street, Ste. 2700
Kansas City, MO 64105
jmcgroder@gravesgarrett.com
ngarrett@gravesgarrett.com

Gary D. McCallister
McCallister Law Group, LLC
200 South LaSalle Street, Ste. 2150
Chicago, IL 60601
gdm@mccallisterlawgroup.com

Date: December 7, 2020 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GM LAW PC

　　　　　　　　　　　　　　　　　　　　By: */s/ Kirk T. May*　　　
　　　　　　　　　　　　　　　　　　　　Kirk T. May    KS #22356
　　　　　　　　　　　　　　　　　　　　GM Law PC
　　　　　　　　　　　　　　　　　　　　1201 Walnut, Suite 2000
　　　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64106
　　　　　　　　　　　　　　　　　　　　Tele: (816) 471-7700
　　　　　　　　　　　　　　　　　　　　Fax: (816) 471-2221
　　　　　　　　　　　　　　　　　　　　Kirkm@gmlawpc.com


　　　　　　　　　　　　　　　　　　　　J. Kevin McCall *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Nicole A. Allen *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Thomas E. Quinn *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　353 N. Clark Street
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654-3456
　　　　　　　　　　　　　　　　　　　　Tele: 312-222-9350
　　　　　　　　　　　　　　　　　　　　jmccall@jenner.com
　　　　　　　　　　　　　　　　　　　　nallen@jenner.com
　　　　　　　　　　　　　　　　　　　　tquinn@jennner.com


　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　*Lansing Trade Group, LLC*


## CERTIFICATE OF SERVICE

　　　This is to certify that one the 7th day of December, 2020, a true and correct copy of the above and foregoing document was filed via the Court's electronic filing system which transmitted a copy to all parties of record.


　　　　　　　　　　　　　　　　　　　　By: */s/ Kirk T. May*　　　
　　　　　　　　　　　　　　　　　　　　　　Kirk T. May