## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BUDICAK, INC., BLUE MARLIN ARBITRAGE, LLC, and PRIME TRADING, LLC, individually and on behalf of others similarly situated, | ) ) ) ) | No. 19 C 2449 |
| Plaintiffs, | ) ) ) | District Judge Toby Crouse |
| v. | ) ) ) | Magistrate Judge Angel D. Mitchell |
| LANSING TRADE GROUP, LLC, CASCADE COMMODITY CONSULTING, LLC, and JOHN DOES NOS. 6-10, | ) ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANT LANSING'S MOTION TO STRIKE PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION INSOFAR AS IT RELIES ON NEW EVIDENCE AND ARGUMENTS

Defendant Lansing Trade Group, LLC ("Lansing") respectfully moves the Court to strike the new arguments and evidence in Plaintiffs' reply in support of class certification, or, at a minimum, permit Lansing to file a sur-reply, along with a *Daubert* motion and rebuttal reports addressing the relevant issues as needed. In support of this motion, Lansing submits the accompanying Memorandum and Declaration of Thomas E. Quinn with supporting Exhibits.

Dated: August 12, 2021

Respectfully submitted,

LANSING TRADE GROUP, LLC

/s/ Kirk T. May

Kirk T. May KS #22356
GERMAN MAY PC
1201 Walnut, Suite 2000
Kansas City, Missouri 64106
Telephone: (816) 471-7700
Fax: (816) 471-2221
Kirkm@germanmay.com

J. Kevin McCall *(pro hac vice)*
Nicole A. Allen *(pro hac vice)*
Thomas E. Quinn *(pro hac vice)*
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
jmccall@jenner.com

*Attorneys for Defendant Lansing Trade Group, LLC*

3

**CERTIFICATE OF SERVICE**

I, Kirk T. May, an attorney, hereby certify that on August 12, 2021, I caused the foregoing **Motion to Strike Plaintiffs' Reply in Support of Motion for Class Certification Insofar as it Relies on New Evidence and Arguments** to be electronically filed with the Clerk of the Court for the United States District Court for the District of Kansas by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Kirk T. May*
Kirk T. May

3