## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **BUDICAK, INC., et al.,** | ) | Case Number: | **19-2449** |
| | ) | | |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **LANSING TRADE GROUP, LLC,** | ) | | |
| **AND** | ) | | |
| **CASCADE COMMODITY CONSULTING, LLC,** | ) | | |
| Defendant, | ) | Date of Hearing: | **6/9/23** |
| _____ | ) | | |

### CIVIL MINUTE SHEET – SETTLEMENT APPROVAL HEARING

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Nancy Wiss** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **1 hour, 14 minutes** |

**APPEARANCES:**     *court and parties appear   by:*   **In Person in KCK Ctrm. 440**
- PLAINTIFF: **Raymond Girnys / Jennifer Sprengel / Eric Unrein**
- DEFENDANT LANSING: **Thomas Quinn / Kirk May**
- DEFENDANT CASCADE: **Joseph McGroder**

**PROCEEDINGS:**

The parties discuss Motion for Settlement, Doc. 364 and Motion for Attorney Fees, Doc. 365, along with the proposed orders for same.